DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VALDANO RICHE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3303

[January 16, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County;  Kirk Volker, Judge; L.T. Case No. 2012CF013503AXXXMB.

Valdano Riche, Carrabelle, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., WARNER and MAY, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***